AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

RAYMOND GILLEN,

     Petitioner,       JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:08-cv-00639-BES-VPC**

JIM BENEDETTI, et al.,

     Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is DENIED.

  March 31, 2009                    **LANCE S. WILSON**
                                                   Clerk

                                               /s/ Kalani Lizares
                                                 Deputy Clerk